FILED
DEC 30 2025
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:25 mj 101 |
| | ) |
| SONNY GEORGE REEDY | ) |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 24 through December 29, 2025, within the special maritime and territorial jurisdiction of the United States, SONNY GEORGE REEDY, did commit assault by striking, beating or wounding. (In violation of Title 18, United States Code, Section 113(a)(4).)

LINDSEY HALLIGAN
UNITED STATES ATTORNEY AND SPECIAL ATTORNEY

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

ROBERT K. MCBRIDE
FIRST ASSISTANT UNITED STATES ATTORNEY

By: *Catherine Black*
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov

CERTIFICATE OF DELIVERY

I hereby certify that on December 30, 2025, I caused a true and correct copy of the foregoing Criminal Information to be hand-delivered to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

By: /s/ Catherine Black
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov