IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 4:25-mj-101 |
| | ) |
| SONNY GEORGE REEDY, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR COMPETENCY HEARING AND PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION AND REPORT

The United States, by and through undersigned counsel, hereby moves under Title 18, United States Code, Sections 4241(a) and (b) for a hearing to determine the mental competency, and for a psychiatric or psychological examination of the defendant to be conducted and report filed with the court, pursuant to the provisions of section 4247 (b) and (c).

LINDSEY HALLIGAN
UNITED STATES ATTORNEY AND SPECIAL ATTORNEY

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

ROBERT K. MCBRIDE
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____/s/_____
Catherine Black
Assistant United States Attorney
Virginia State Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Office Number: 757-591-4000
Facsimile Number: 757-591-0866
catherine.black@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2025, in Magistrate Court, I hand-delivered a true and correct copy of the foregoing to counsel for the defendant

/s/
Catherine Black
Assistant United States Attorney
Virginia State Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Office Number: 757-591-4000
Facsimile Number: 757-591-0866
catherine.black@usdoj.gov